FILED
August 28, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:24-CR-01888-LS** |
| | § | |
| **Plaintiff,** | § | **INDICTMENT** |
| | § | |
| **v.** | § | **CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i) and (a)(1)(B) (iii) - Conspiracy to Bring in Aliens; |
| **TIBURCIO CABRERA-SARABIA,** | § | |
| | § | |
| **Defendant.** | § | **CT 2:** 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(B)(iii) - Bringing In Aliens; |
| | § | |
| | § | **CT 3:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(iii) - Conspiracy to Transport Aliens. |
| | § | |
| | § | **CT 4:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(iii) – Transporting Aliens. |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or between July 29 and August 2, 2024, in the Western District of Texas and elsewhere, the defendant,

**TIBURCIO CABRERA-SARABIA,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, namely: to bring to and attempt to bring to the United States certain aliens, at a place other than a designated port of entry, in a manner which placed in jeopardy the life of any person, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(i) and (a)(1)(B)(iii).

**COUNT TWO**

On or between July 29 and August 2, 2024, in the Western District of Texas, Defendant,

**TIBURCIO CABRERA-SARABIA,**

did knowingly bring to and attempt to bring to the United States certain aliens, at a place other than a designated port of entry, in a manner which placed in jeopardy the life of any person, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (a)(1)(B)(iii).

**COUNT THREE**

On or between July 29 and August 2, 2024, in the Western District of Texas, Defendant,

**TIBURCIO CABRERA-SARABIA,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown to the Grand Jury, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in a manner which placed in jeopardy the life of any person, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(iii).

**COUNT FOUR**

On or about August 1, 2024, in the Western District of Texas, Defendant,

**TIBURCIO CABRERA-SARABIA,**

knowing and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States in furtherance of said violation of law, in a manner which placed in jeopardy the life of any person, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(iii).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney